1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

9
10  DENNIS VIGIL,                              Case No. 2:21-CV-2772-CJC (LAL)
11                  Petitioner,                **JUDGMENT**
12        v.
13  RAYMOND MADDEN, Warden,
14                  Respondent.
15
16
17       Pursuant to the Order Accepting Report and Recommendation of United States
18  Magistrate Judge,
19       IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.
20
21
22  DATED: November 30, 2021       _____
                                   HONORABLE CORMAC J. CARNEY
23                                 UNITED STATES DISTRICT JUDGE
24
25
26
27
28